IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ADRIANO KRUEL BUDRI,            )
                                )
            Plaintiff,           )
vs.                             )   No. 3:17-CV-2945-C-BN
                                )
FIRSTFLEET, INC.,                )
                                )
            Defendant.           )

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has reviewed the Findings, Conclusions, and Recommendation of the United States Magistrate Judge filed on November 3, 2017, in accordance with 28 U.S.C. § 636(b)(1). The Findings, Conclusions, and Recommendation relate to Plaintiff's Motion to Remand, filed November 2, 2017.

The Court has further reviewed Plaintiff's *five* additional motions to remand that were filed subsequent to the Magistrate's Findings, Conclusions, and Recommendation. The Court views these subsequent motions to remand as objections. Likewise, the Court also considered Plaintiff's two specifically-titled objections filed subsequent to the Findings, Conclusions, and Recommendation.

After a de novo review of all relevant matters and filings, the Court finds that Plaintiff's objections should be OVERRULED.

The Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are adopted as the Findings and Conclusions of the Court. Therefore, the Plaintiff's **Motion to Remand is DENIED**. To the extent that the docket in the above-styled and -numbered civil action needs clarification, all pending "Motions to Remand" are denied and should be termed by the Clerk.

SO ORDERED.

Dated November 20, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE