IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ADRIANO KRUEL BUDRI,                    )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     )   No. 3:17-CV-2945-C-BN
                                        )
FIRSTFLEET, INC.,                       )
                                        )
            Defendant.                  )

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Court has reviewed the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge filed on December 4, 2017, in accordance with 28 U.S.C. § 636(b)(1).

The Findings, Conclusions, and Recommendation relate to Plaintiff's Motion to Dismiss Without

Prejudice, filed November 16, 2017.

The Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are

correct and they are adopted as the Findings and Conclusions of the Court. Therefore, the

Plaintiff's **Motion to Dismiss Without Prejudice** is **GRANTED**. The above-styled and -

numbered civil action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of

Civil Procedure 41(a)(2).

SO ORDERED.

Dated this _21st_ day of December, 2017.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE